IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00176-WYD-MJW

CROSSFIT, INC., a Delaware corporation,

Plaintiff(s),

v.

5280 REALTY, INC., a Colorado corporation, and
JOE P. SAINZ III, and individual, collectively,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Reschedule Rule 16(b) Conference (Docket No. 12) is GRANTED.  The Scheduling Conference set on March 18, 2015, at 9:30 a.m. is VACATED and RESET on April 2, 2015, at 10:30 a.m.  The proposed Scheduling Order shall be filed on or before March 26, 2015.

Date: March 11, 2015