IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00176-WYD-MJW

CROSSFIT, INC., a Delaware corporation,

Plaintiff(s),

v.

5280 REALTY, INC., a Colorado corporation, and
JOE P. SAINZ III, and individual, collectively,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 50) is GRANTED finding good cause shown.  The written Protective Order (docket no. 50-1) is APPROVED as amended in paragraphs II E. and III 4 and made an Order of Court.

Date: June 30, 2015