IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00176-WYD-MJW

CROSSFIT, INC., a Delaware corporation,

Plaintiff,

v.

5280 REALTY, INC., a Colorado corporation, and
JOE P. SAINZ III, and individual, collectively,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Motion to Modify Scheduling Order (Docket No. 54) is granted.  The Scheduling Order (Docket No. 30) is thus amended as follows.  The expert disclosure deadline is now October 16, 2015.  The rebuttal expert disclosure deadline is now November 6, 2015.

Date: August 12, 2015