IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00176-WYD-MJW

CROSSFIT, INC., a Delaware corporation,

Plaintiff,

v.

5280 REALTY, INC., a Colorado corporation, and
JOE P. SAINZ III, and individual, collectively,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Motion to Stay Pretrial Deadlines and Discovery (docket no. 24) is DENIED.

It is FURTHER ORDERED that Plaintiff Crossfit, Inc.'s Motion to Modify Scheduling Order (docket no. 61) is DENIED WITHOUT PREJUDICE.  This motion contains no averment as to whether Plaintiff did, in fact, meet and confer with the Defendants before filing this motion as required under D.C.COLO.LCivR 7.1(a). Moreover, nothing prevents Plaintiff from taking the deposition of Defendant Joe P. Sainz III or from taking a Rule 30(b)(6) deposition of Defendant 5280 Realty, Inc.

Date: October 2, 2015