IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00176-WYD-MJW

CROSSFIT, INC., a Delaware corporation,

    Plaintiff,

v.

5280 REALTY, INC., a Colorado corporation, and
JOE P. SAINZ III, an individual; collectively,

    Defendants.

---

## ORDER GRANTING

## UNOPPOSED MOTION TO MOFIDY SCHEDULING ORDER
## ( Docket No. 64 )

Entered by U.S. Magistrate Judge Michael J. Watanabe

Having considered Plaintiff CrossFit, Inc.'s Unopposed Motion to Modify the Scheduling Order, and good cause appearing: Motion (D.N 64) is Granted and the

IT IS HEREBY ORDERED that the following deadlines shall govern the instant case:

- Fact discovery cut-off shall remain <u>November 30, 2015</u>.

- The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before <u>December 30, 2015</u>.

- The parties shall designate all rebuttal experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before <u>January 29, 2016</u>.

- Expert discovery cut-off shall be <u>February 29, 2016</u>.

- The dispositive motion deadline shall be <u>March 31, 2016</u>.

---

1

[PROPOSED] ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

- A final pretrial conference ~~shall be held on~~ Set on March 8, 2016 At 9:00 Am is VACATED and Reset to May 31, 2016, at 9:30 a.m. The parties shall file their proposed Final Pretrial Order with the Court seven (7) days prior to the Final Pretrial Conference.

IT IS SO ORDERED.

DONE AND SIGNED THIS 5TH DAY OF October, 2015.

BY THE COURT:

_____
MICHAEL J. WATANABE
United States Magistrate Judge